IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

KERBY ALEXANDRA STRACCO, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:18-cv-1187
)
ANDREW SAUL, Commissioner of )
Social Security, )
)
Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 14, 2019. The parties have not filed objections to the Report and Recommendation. Based on a de novo review of the evidence in this case and having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation; and, it is hereby

ORDERED that Defendant's Motion for summary judgment is GRANTED; the Defendant's final decision is AFFIRMED; and this case is DISMISSED.

CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 25, 2019